# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157907-8(87)

*In re* J FERRANTI, Minor.

SC: 157907-8
COA: 340117; 340118
Otsego CC Family Division:
　13-000071-NA

_____/

　　　　On order of the Chief Justice, the motion of the Children's Law Section of the State Bar of Michigan to extend the time for filing its brief amicus curiae is GRANTED.  The amicus brief submitted on September 25, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk